AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| CamDigital, LLC | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:22-cv-00736-CFC |
| Pulse Evolution, Corp. | ) | |
| Defendant | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on (date) **07/18/2023**.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: **SEP 19 2023**

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

```
__/__ FILED        ____ RECEIVED
__/__ ENTERED      ____ SERVED ON
           COUNSEL/PARTIES OF RECORD

           OCT 03 2023

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

2:23-ms-00068

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| CAMDIGITAL, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>PULSE EVOLUTION<br>CORPORATION,<br><br>        Defendant. | No. 1:22-cv-00736-CFC |

## [~~PROPOSED~~] FINAL JUDGMENT

Pursuant to the Entry of Default in Appearance pursuant to Federal Rule of Civil Procedure 55(a), November 30, 2022 (D.I. 13) and the Court's Order granting of Plaintiff's Rule 55 Motion for Entry of Default Judgment, dated ____July 18,____, 2023,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Plaintiff CamDigital, LLC and against Defendant Pulse Evolution Corporation on Plaintiff's claim for breach of written in the amount of $5,831,562.49, combined with an additional $1,437.66 in prejudgment interest for each day that passes after May 31, 2023 before judgment ~~is~~ was entered, and post judgment interest.

(for a total judgment of $5,900,570.17)

1

Dated: 7.18.23

_____
CHIEF UNITED STATES DISTRICT JUDGE

_____
DEPUTY CLERK

CERTIFIED: AUG 2 3 2023
AS A TRUE COPY:
ATTEST: AUG 2 3 2023
RANDALL C. LOHAN, CLERK
BY _____
Deputy Clerk